## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

LARRY LYNN ROBINSON,    )
          Plaintiff,    )
                   )
v.                    )      No. 3:10-CV-376-K
                   )
RISSE OWENS,         )
          Defendant.    )

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and

they are adopted as the findings and conclusions of the Court.  Plaintiff's Objections to

the Magistrate Judge's Findings, Conclusions, and Recommendations, filed on July 8,

2010, are hereby **OVERRULED.**

      **SO ORDERED**.

Signed this 13th day of July, 2010.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE